UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Alfonso Gonzalez,<br><br>    Plaintiff,<br>v.<br><br>Norfolk Southern Railroad Company,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 3:11-CV-00606<br>Judge David R. Herndon<br><br>STIPULATION FOR DISMISSAL |

  NOW Comes the Plaintiff, ALFONSO GONZALEZ, by and through his attorneys, BLUNT SLOCOMB, LTD. CHARLES A. COLLINS, and moves this court for an Order to dismiss his case currently pending in the District Court of the Southern District of Illinois.

                Respectfully submitted,

                /s/ Michael G. Burnworth
                Michael G. Burnworth  #06188619
                Blunt Slocomb, Ltd.
                60 Edwardsville Professional Park
                Post Office Box 373
                Edwardsville, IL 62025
                Telephone:  618-656-7744

                Charles A. Collins (MN #17954)
                410 Labor & Professional Center
                411 Main Street
                St. Paul, Minnesota 55102