IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| ALFONSO GONZALEZ, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 11-cv-606 |
| NORFOLK S. R.R. CO., | ) ) ) | |
| Defendant. | ) | |

### ORDER

**HERNDON, Chief Judge:**

Before the Court is a motion for voluntary dismissal (Doc. 14), filed by plaintiff pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i). As defendant has not yet filed an answer or motion for summary judgment, the Court hereby acknowledges the dismissal without prejudice. The Court will close the file.

**IT IS SO ORDERED**.

Signed this 23rd day of January 2012.

David R. Herndon
2012.01.23 15:07:08
-06'00'

**Chief Judge
United States District Court**