IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NOTICE OF ERRORS AND/OR DEFICIENCIES**
**IN ELECTRONICALLY FILED DOCUMENTS**

DATE: 1/23/12

CASE NO. :11-606-DRH              CASE NAME: Gonzalez vs Norfolk Southern
                                                   Railroad Company

DOCUMENT NO.:14                   DOCUMENT TITLE: Stipulation of Dismissal

One of the following errors/deficiencies has been identified in the document listed above:

☒    Other: The signature on a document and login/password of the attorney should be the
     same-Michael Burnworth "s/" the document .  Login/password used was for
     David Blunt.

**ACTION TAKEN BY CLERK'S OFFICE**

☒    Other: Notice of errors is being sent for informational purposes for future electronic
     filings.

**ACTION REQUIRED BY FILER**

☒    **NO FURTHER ACTION REQUIRED BY FILER**


                                             Nancy Rosenstengel
                                             Clerk of Court


                                          By:__s/Tamra Baugh_____
                                                Deputy Clerk